**Motion Granted; Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00149-CR

_____

**MARVIN DWAYNE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1147188**

## ORDER

On November 29, 2011, this court abated the appeal on appellant's motion because appellant argued he was denied counsel during the thirty-day time period for filing a motion for new trial. Appellant has now filed a motion to supplement the record with his motion for new trial, the record of the hearing on the motion, and the court's ruling.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 21, 2012**, containing appellant's motion for new trial, the trial court's ruling, and any other supporting documents regarding appellant's motion for new trial.

Janet Ragan, the official court reporter of the 230th District Court, is ordered to file a reporter's record of the hearing on appellant's motion for new trial. If no record was taken, the court reporter should file a document with this court notifying the court that no record was taken.


PER CURIAM